# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee



FILED

JUL 2 0 2016

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 2:16-MJ-125
information associated with the cellular telephone )
assigned call number (276) 385-0083 that is stored )
at premises controlled by CELLCO Partnership DBA )
Verizon Wireless

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ___Eastern___ District of ___Tennessee___ *(identify the person or describe property to be searched and give its location):* information associated with the cellular telephone assigned call number (276) 385-0083 that is stored at premises controlled by CELLCO Partnership DBA Verizon Wireless, as more fully described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):* evidence of illegal narcotic transactions, specifically, methamphetamine, involving Jacob Wade Armstrong and other known and unknown persons, in violation of 21 U.S.C. 846, 841(a)(1), (b)(1)(C), as more fully described in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___21___ U.S.C. § ___841(a)(1)___ , and the application is based on these facts:

Please see the Affidavit of Special Agent, Todd A. Brewer, which is attached hereto and fully incoporated herein.

☐ Continued on the attached sheet.

☑ Delayed notice of _30_ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Todd A. Brewer, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___07/20/2016 @ 2:00 p.m.___

*Judge's signature*

City and state: ___Greeneville, Tennessee___    CLIFTON L. CORKER, United States Magistrate Judge
*Printed name and title*

AO 95
(Rev. 09/12)

## ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

### DELAYED-NOTICE SEARCH WARRANT REPORT

The information on this form should be submitted each time judicial action is taken on an application for a delayed-notice search warrant or for an extension of a delayed-notice period. See 18 U.S.C. § 3103a(d)(1).
NOTE: If an extension to the notice period is requested, information will need to be submitted for each extension.

**Please enter the information on this form into the InfoWeb Delayed-Notice Search Warrant Reporting System on the J-Net or into CM/ECF version 6.0 or later, if available.**

For more information, see the Delayed-Notice Search Warrant page on the J-Net.

1. **Name of Judge:** CLIFTON L. CORKER ( ☐ check if state court judge)

2. **Federal Judicial District:** EASTERN DISTRICT OF TENNESSEE, GREENEVILLE, TN

3. **Date of Application for Delayed Notice:** 07/20/2016

4. **Offense (Most Serious) Specified:**
   - ☑ Drugs
   - ☐ Fraud
   - ☐ Weapons
   - ☐ Immigration
   - ☐ Terrorism
   - ☐ Sex Offenses
   - ☐ Theft
   - ☐ Kidnapping
   - ☐ Tax
   - ☐ Extortion/Racketeering
   - ☐ Fugitive/Escape/Supervised Release Violation
   - ☐ Other *(specify)*:

5. **Type of Application:**
   - ☑ Initial request for delay
   - ☐ Extension of previously authorized delay
   *(Number of extensions previously granted: ____)*

6. **Judicial Action Taken:** ☐ Denied  ☒ Granted  ☐ Granted as modified

7. **Case Number (e.g., 'mc' Number) of Warrant:** 2 : 2016 - MJ - 125
   *office  year  type  number*

8. **Period of Delay Authorized in This Action (days):** 30 days

9. **Preparer's Name:** J. Gregory Bowman  **Title:** Assistant U.S. Attorney
   **Phone number:** (423) 639-6759  **Date of report:**